Matthew McAndrews, admitted *pro hac vice*
mmcandrews@nshn.com
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733

Sean Kneafsey, (CSB No. 180863)
skneafsey@ktalaw.com
Kneafsey Tostado & Associates LLP
800 Wilshire Boulevard, Suite 710
Los Angeles, California 90017
Telephone:  (213) 892-1200
Facsimile: (213) 892-1208

Attorneys for Plaintiffs and Counter-Claimant    JS-6
ACCESS PRODUCT MARKETING, LLC

Jon E. Hokanson, Esq.
Daniel C. DeCarlo, Esq.
LEWIS BRISBOIS BISGAARD& SMITH
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012

Attorneys for Plaintiff and Counter-
Defendant HOME ESSENTIALS,
MARKETING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME ESSENTIALS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCESS PRODUCT MARKETING, LLC,<br><br>Defendants. | CASE NO.: CV-08-02715 SJO (CTx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| AND RELATED CROSS-ACTION | |

1 | Pursuant to the stipulation of the parties, the above referenced action is hereby
2 | dismissed with prejudice.  Each side is to bear their own fees and costs.

4 | 7/9/09

*S. James Otero*

5 | Dated: _____    _____
6 | Hon. S. James Otero
United States District Judge

-2-